UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ANDREA C. EVANS,

        Plaintiff,

        v.

NANCY A. BERRYHILL,
ACTING COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1:17-cv-00172-LEK-ATB

Civil Action No. 17-172

**CONSENT ORDER TO REMAND**
**PURSUANT TO SENTENCE 4 OF**
**42 U.S.C. § 405(g)**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

    AND, the Court having reviewed the record in this matter;

    IT IS on this 11th day of December, 2017;

    SO ORDERED.

_____
Lawrence E. Kahn
U.S. District Judge

The undersigned hereby consent to the form and entry of the within order.

          GRANT C. JAQUITH
          United States Attorney

By:    /s/ Graham Morrison
        Graham Morrison
        Special Assistant United States Attorney
        Attorney for Defendant
        Bar Code No. 518593

        c/o Social Security Administration
        26 Federal Plaza, Room 3904
        New York, New York 10278
        Graham.morrison@ssa.gov


By:   */s/ Michael J. Telfer*
       Michael J. Telfer
       Legal Aid Society of Northeastern New York - Albany
       55 Colvin Avenue
       Albany, NY 12206
       518-462-6765 ext. 386
       Fax: 518-427-8352
       Email: mtelfer@lasnny.org